UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:23-CR-00108-1-D
Civil No. 5:25-CV-00653-D

Terry A. Frederick,

    Petitioner,

v.                              ORDER

United States of America,

    Respondent.

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 10 day of November, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE